RICHARD A. HUNGERFORD et al., Respondents, *v.* OCEAN GARDENS, INC., Appellant, and ALFRED T. DAVISON et al., Respondents.

Argued January 3, 1955; decided January 20, 1955.

*Herbert Schrank* and *James S. Phair* for appellant.

*Walter J. A. Mack* for Richard A. Hungerford and others, respondents.

*Alfred T. Davison,* respondent in person and for Nellie F. Davison and others, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.